IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UMEDICA LABORATORIES PVT. LTD., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. _____ |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiffs hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee Received Notice:  No earlier than November 14, 2023

Date of Expiration of Patent:  See below*

Thirty Month Stay Deadline:  No earlier than May 14, 2026

* U.S. Patent 9,539,218 expires February 17, 2034, with pediatric exclusivity to August 17, 2034; U.S. Patent 10,828,310 expires January 31, 2039, with pediatric exclusivity to July 31, 2039.

*/s/ Derek J. Fahnestock*
Attorney(s) for Plaintiffs

December 21, 2023