IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | ) ) ) ) MDL NO. 21-MD-3017 (RGA) |
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 23-1456 (RGA) ) ) |
| UMEDICA LABORATORIES PVT. LTD., | ) ) ) |
| Defendant. | ) |

**UNOPPOSED MOTION TO EXTEND TIME**

Plaintiffs Bayer Intellectual Property GMBH, Bayer Pharma AG, Bayer AG and Janssen Pharmaceuticals, Inc. ("Plaintiffs") respectfully move this Court to extend the deadline for Defendant Umedica Laboratories Pvt. Ltd. ("Defendant") to answer or otherwise respond to the Complaint of Plaintiffs in this action until April 29, 2024. Defendant consents to the filing of this motion.

| | |
|---|---|
| OF COUNSEL:<br><br>Bruce R. Genderson<br>Dov P. Grossman<br>Alexander S. Zolan<br>Seth R. Bowers<br>Julie L. Tavares<br>Dana B. Kinel<br>Richard Hildreth III<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue SW<br>Washington, DC  20024<br>(202) 434-5000<br><br>*Attorneys for Plaintiffs Bayer Intellectual Property GmbH, Bayer Pharma AG, and Bayer AG*<br><br>Thomas D. Rein<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL  60603<br>(312) 853-7000<br><br>Andrew T. Langford<br>SIDLEY AUSTIN LLP<br>2021 McKinney Avenue, Suite 2000<br>Dallas, TX  75201<br>(214) 981-3300<br><br>*Attorneys for Plaintiff Janssen Pharmaceuticals, Inc.*<br><br>January 31, 2024 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Derek J. Fahnestock*<br><br>Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br>dfahnestock@mnat.com<br><br>*Attorneys for Plaintiffs Bayer Intellectual Property GmbH, Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 31, 2024, upon the following in the manner indicated:

Neal Seth, Esquire                                                                                       *VIA ELECTRONIC MAIL*
Corey Weinstein, Esquire
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
*Attorneys for Defendant Umedica Laboratories Pvt. Ltd.*

*/s/ Derek J. Fahnestock*
_____
Derek J. Fahnestock (#4705)