IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | ) ) ) ) MDL NO. 21-MD-3017 (RGA) |
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 23-1456 (RGA) ) |
| UMEDICA LABORATORIES PVT. LTD., | ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs Bayer Intellectual Property GmbH, Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc. (collectively, "Plaintiffs") and Defendant Umedica Laboratories Pvt, Ltd. ("Umedica"), hereby stipulate and agree that Plaintiffs' action against Umedica and Umedica's action against Plaintiffs, including all claims and defenses asserted by Plaintiffs against Umedica and all claims and defenses asserted by Umedica against Plaintiffs, are hereby dismissed with prejudice. All parties shall bear their own costs, disbursements and attorneys' fees.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | WILEY REIN LLP |
| */s/ Derek J. Fahnestock* | */s/ Corey Weinstein* |
| Jack B. Blumenfeld (#1014) | Corey Weinstein |
| Rodger D. Smith (#3778) | 2050 M Street NW |
| Derek J. Fahnestock (#4705) | Washington, DC |
| 1201 North Market Street | (202) 719-7000 |
| P.O. Box 1347 | *Attorneys for Defendant Umedica* |
| Wilmington, DE 19899 | *Laboratories Pvt, Ltd.* |
| (302) 658-9200 | |
| jblumenfeld@morrisnichols.com | |
| rsmith@morrisnichols.com | |
| dfahnestock@morrisnichols.com | |
| *Attorneys for Plaintiffs Bayer Intellectual Property GmbH, Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc.* | |

March 27, 2024

SO ORDERED this _____ day of _____, 2024.

_____
United States District Court Judge